UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| CROSS THE ROAD ELECTRONICS, INC.<br><br>Plaintiff,<br><br>v.<br><br>DIGILENT, INC.,<br><br>Defendant. | CA No. 6:19-cv-00270-ADA-JCM |

**DEFENDANT DILIGENT, INC.'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant Digilent, Inc. ("Digilent") files this unopposed motion for extension of time to answer or otherwise respond to Plaintiff Cross The Road Electronics Inc.'s ("Plaintiff") First Amended Complaint (ECF No. 7).

Plaintiff filed its First Amended Complaint on August 14, 2019 (ECF No. 7) and served that pleading on Defendant on August 15, 2019. Assuming that service was proper, Digilent's deadline to respond was initially September 4, 2019, which was extended thrice to January 20, 2019. Digilent recently provided Plaintiff information regarding the sales and revenue of Digilent for the products at issue in this case. The additional extension of the deadline to respond to the First Amended Complaint is sought so that the parties can confer further regarding settlement without incurring unnecessary expenses prosecuting this case.

Digilent conferred with Plaintiff to request this sixty (60) day extension of time to answer or otherwise respond to the First Amended Complaint, and Plaintiff confirmed that it does not oppose the requested extension.

Digilent therefore respectfully requests an extension of time up to and including March 20, 2020 to answer or otherwise respond to the First Amended Complaint. No prior extension of time has been requested.  Accordingly, Digilent respectfully requests that the Court issue the proposed order filed herewith extending Digilent's time to answer or otherwise respond to Plaintiff's First Amended Complaint to March 20, 2020.

Dated: January 20, 2020                                        Respectfully submitted,

                                        By: */s/ Chris P. Perque*
                                            Chris P. Perque
                                            ATTORNEY IN CHARGE
                                            Texas Bar No. 24005828
                                            ADAMS AND REESE LLP
                                            1221 McKinney St., Suite 4400
                                            Houston, TX  77010
                                            Tel:  713.308.0167
                                            Fax:  713.308.4072
                                            E-mail:  chris.perque@arlaw.com

### **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on the above date.

                                            */s/ Chris P. Perque*
                                            Chris P. Perque