**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| CROSS THE ROAD ELECTRONICS, INC. | |
| Plaintiff, | |
| v. | CA No. 6:19-cv-00270-ADA-JCM |
| DIGILENT, INC., | |
| Defendant. | |

**DEFENDANT DILIGENT, INC.'S UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant Digilent, Inc. ("Digilent") files this unopposed motion for a fourteen (14) day extension of time to answer or otherwise respond to Plaintiff Cross The Road Electronics Inc.'s ("Plaintiff") First Amended Complaint (ECF No. 7).

Plaintiff filed its First Amended Complaint on August 14, 2019 (ECF No. 7) and served that pleading on Defendant on August 15, 2019.  In light of prior extensions, Digilent's current deadline to respond is May 15, 2020.  The parties exchanged a draft settlement agreement and are currently negotiating a settlement amount and attempting resolve any other issues regarding that agreement.  The additional extension of the deadline to respond to the First Amended Complaint is sought so that the parties can confer further regarding settlement without incurring unnecessary expenses prosecuting this case.

Digilent conferred with Plaintiff to request this 14-day extension of time to answer or otherwise respond to the First Amended Complaint, and Plaintiff confirmed that it does not oppose the requested extension.

Digilent therefore respectfully requests an extension of time up to and including May 29, 2020 to answer or otherwise respond to the First Amended Complaint. Accordingly, Digilent respectfully requests that the Court issue the proposed order filed herewith extending Digilent's time to answer or otherwise respond to Plaintiff's First Amended Complaint to May 29, 2020.

Dated: May 18, 2020                                  Respectfully submitted,

                                         By: */s/ Chris P. Perque*
                                             Chris P. Perque
                                             ATTORNEY IN CHARGE
                                             Texas Bar No. 24005828
                                             FisherBroyles, LLP
                                             2925 Richmond Ave., Suite 1200
                                             Houston, Texas, 77098
                                             Phone: (832) 604-4417
                                             Facsimile: (832) 377-5929
                                             E-mail:  chris.perque@arlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on the above date.

                                         */s/ Chris P. Perque*
                                         Chris P. Perque