# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| CROSS THE ROAD ELECTRONICS, INC.<br><br>    Plaintiff,<br><br>v.<br><br>DIGILENT, INC.,<br><br>    Defendant. | CA No. 6:19-cv-00270-ADA-JCM |

## [PROPOSED] ORDER

Defendant Digilent, Inc.'s Unopposed Motion for Extension of Time to Respond to Plaintiff Cross The Road Electronics, Inc.'s First Amended Complaint is GRANTED. The deadline for Defendant to answer or otherwise respond to Plaintiff's First Amended Complaint is extended to May 29, 2020.

Dated: _____

                                                      THE HONORABLE ALAN D. ALBRIGHT
                                                    UNITED STATES DISTRICT JUDGE