IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| CROSS THE ROAD ELECTRONICS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DIGILENT, INC,<br><br>    Defendant. | Case No. 6:19-cv-270-ADA-JCM |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Cross The Road Electronics, LLC, and Defendant Digilent, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby jointly move for an order dismissing all claims and counterclaims in this action with prejudice to refiling same, subject to the terms a Settlement Agreement, with each party to bear its own costs, expenses and attorneys' fees.

Dated: June 24, 2020

Respectfully Submitted:

By: _____
Mark Murphey Henry
mhenry@roselawfirm.com
Texas Bar No. 24051836
HENRY LAW FIRM
P.O. Box 4800
Fayetteville, AR 72702
479-856-6017

Eric Tautfest
etautfest@grayreed.com
Texas Bar No. 24028534
Jared Hoggan
jhoggan@grayreed.com
Texas Bar No. 24065435
Gray Reed & McGraw LLP
1601 Elm Street, Suite 4600
Dallas, TX 75201
214-954-4135 (p)
469-320-6901 (f)

Attorneys for Plaintiff


/s/ Chris Perque /_____
Chris Perque
Texas Bar No. 24005828
Chris.Perque@fisherbroyles.com
FISHER BROYLES
2925 Richmond Ave., Suite 1200,
Houston, TX 77098
832-604-4417
Attorney for Defendant


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on June 24, 2020.

*/s/ Jared Hoggan*
Jared Hoggan