IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| CROSS THE ROAD ELECTRONICS, LLC,<br><br>　　Plaintiff,<br><br>v.<br><br>DIGILENT, INC,<br><br>　　Defendant. | Case No. 6:19-cv-270-ADA-JCM |

**ORDER OF DISMISSAL WITH PREJUDICE**

Having considered the Stipulation Motion For Dismissal With Prejudice ("Motion") filed by Plaintiff Cross The Road Electronics, LLC, and Defendant Digilent, Inc., and finding that good cause exists, if is hereby ORDERED that the Motion is GRANTED, and therefore:

IT IS ORDERED, ADJUDGED, AND DECREED that all claims and counterclaims asserted by the Parties, subject to the terms of the Parties' Settlement Agreement, are DISMISSED WITH PREJUDICE, and that the Parties shall bear their own costs, expenses, and attorneys' fees.


Dated: _____　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　THE HONORABLE ALAN D. ALBRIGHT
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE